AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

TIMOTHY CAVES, JR.,

Defendant.

Case No. 23-MJ-664-MJp

## CRIMINAL COMPLAINT

I, THOMAS WIHERA, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 6, 2023, in the County of Wayne, in the Western District of New York, the defendant violated an offense as follows:

knowingly and unlawfully possessed firearms by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

This Criminal Complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT THOMAS WIHERA.

☒ Continued on the attached sheet.

_____
Complainant's signature

THOMAS WIHERA, SA ATF
Printed name and title

Affidavit submitted electronically by email in .pdf. format. Oath administered and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on this 18th day of December, 2023.

City and State:  Rochester, New York

_____
Judge's signature

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

TIMOTHY CAVES, JR.,

23-MJ-664-MJP

**Defendant**

STATE OF NEW YORK   )
COUNTY OF MONROE  )  SS:
CITY OF ROCHESTER   )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Thomas Wihera, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and arrest warrant charging Timothy CAVES, JR. with violating Title 18, United States Code, Section 922(g)(1), (felon in possession of firearms).

2. I am the applicant herein and I am currently assigned to the Syracuse Field Office as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been employed with ATF since June 2021. Prior to my employment with ATF, I worked as a Police Officer with the Grand Junction Police Department in Grand Junction, Colorado, where I was responsible for the investigation of various felony and misdemeanor violations of state and municipal law. I also served for over six years in the

U.S. Navy, where I worked within the U.S. intelligence community in support of national information operations. I have a master's degree in applied intelligence (law enforcement concentration) and have been trained at the Federal Law Enforcement Training Center on various law enforcement related subject matters including, but not limited to, seeking and executing search warrants, completing criminal investigations, and participating in legal proceedings. I am a graduate of the ATF National Academy where I received training in conducting criminal investigations of federal firearms, explosives and arson laws.

3.    I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for the offenses enumerated in Title 18, 21 and 26, United States Code. As an ATF Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, Title 21 and Title 26 offenses, related to the unlawful possession and/or transfer of firearms.

4.    The facts in this affidavit come from my personal observations, my training and experience, communication with law enforcement involved in this incident and information obtained from a review of documents from the Wayne County Sheriff's Office (WCSO). This affidavit is intended to show merely there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

5.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe Timothy CAVES, JR. has violated Title 18, United States Code, Section 922(g)(1).

6. On the afternoon December 6, 2023, the Wayne County Sheriff's Office (WCSO) served a search warrant at the property/premises located at 3151 Brand Road, Galen, New York 14433, in reference to an investigation into stolen vehicles. This initial warrant authorized investigators to search the curtilage and any enclosed trailers, garages, pole barns, or outbuildings located on the property but did not include the residence located upon the same parcel.

7. As investigators began their search, they observed multiple types of ammunition in plain view in several areas throughout the property. This included multiple spent rifle casings in the driveway and near the pole barn, a spent shotgun shell in the driveway, and a box of 12-gauge shotgun shells in the back seat of a vehicle parked in the driveway. Upon entering the pole barn, investigators further observed multiple rifle rounds and multiple long guns resting in the corner of the pole barn.

8. Investigators were aware the property located at 3151 Brand Road was owned and occupied by Timothy CAVES, JR. This was confirmed through county tax records and utility bills. CAVES, JR. was previously observed on this property on several occasions throughout the course of the investigation. CAVES, JR.'s girlfriend, a person whose initials are J.D., was also known to reside on the property.

9. Investigators were further aware that CAVES, JR. had a previous felony conviction. With this conviction, it would be unlawful for CAVES, JR. to possess a firearm under New York State Penal law.

10. A review of CAVES, JR.'s criminal history showed CAVES, JR. was convicted on or about August 24, 2004, upon a plea of guilty in Wayne County Court, Wayne County, New York, of Arson in the Third Degree and received a sentence of three (3) to nine (9) years

incarceration. Additionally, CAVES, JR.'s criminal history shows he was convicted in South Dakota in 2020 of Possession Controlled Substance in Schedules I or II for which he received a sentence of 60 months incarceration which also appears to have been suspended.

11.     A review of J.D.'s criminal history showed no felony convictions.

12.     Based on CAVES, JR.'s criminal history and the observed ammunition and firearms on the property, investigators applied for an additional warrant, which permitted the search of the property and residence for firearms. The additional warrant was issued by the Wayne County Court while law enforcement still maintained a perimeter around the property which had been established during their initial search.

13.     During the execution of the warrant, both CAVES, JR. and J.D. exited the residence and were detained by law enforcement.

14.     In their search, investigators recovered approximately 20 firearms, not all of which are specifically described in this affidavit. Many of the firearms recovered were located in common areas of the residence such as the kitchen, family room, and living room. Six of these firearms are described as a Taurus 44 magnum revolver, bearing serial number N1117504, found in a kitchen closet, a Mossberg 12 gauge shotgun, bearing serial number P624473, found in what officers described as the back living room, a Palmetto PA 10 rifle, bearing serial number PF028392, found leaning against the south wall of what officers described as the living room, an Armalite AR-30 rifle, bearing serial number US211350, found lying on the floor of the back family room, a Browning 16 gauge shotgun, bearing serial number S6989230, found in the back family room, and a Mossberg 12 gauge shotgun, bearing serial number UM124625, found in the back family room. Firearms other than those specifically described herein were recovered in various locations in the residence and on the

property. Parts to firearms and firearms magazines and ammunition and spent shell casings were also located by law enforcement in the residence and on the property.

15. Following Miranda warning, CAVES, JR. denied ownership of the firearms and of the property as a whole to investigators. Following interview, CAVES, JR. was released by WCSO and provided with a courtesy transport back to 3151 Brand Road.

16. Following Miranda warning, J.D. stated she had resided on the property with CAVES, JR. for approximately one year. J.D. stated she did not have much interest in guns. J.D. admitted to ownership of clay pigeons located in a vehicle on the property and admitted to shooting them with a shotgun. J.D. stated she had seen CAVES, JR. shoot firearms on occasion and people would come to the property to shoot firearms.

17. Following execution of the search warrant, investigators learned the New York Department of Environmental Conservation (DEC) had received complaints from nearby property owners in reference to CAVES, JR. trespassing on their property to hunt.

18. Further, investigators later received copies of photographs taken by a trail camera maintained by one of the complainants against CAVES, JR. The photographs, which were dated November 19, 2023, show a male who Your Affiant believes appears to be CAVES JR., walking through the woods carrying what appears to be an AR-type rifle. It should be noted, a rifle that is very similar in appearance to this was recovered during the search at 3151 Brand Road. However, without further details regarding the firearm it cannot be said conclusively that this firearm was one found during the search.

19. ATF SA Ryan Matter has reviewed the description of the firearms described above in paragraph 14, which are descriptions of the some of the firearms recovered from 3151 Brand Road. SA Matter has received specialized training regarding the interstate nexus

5

determination of firearms and ammunitions. In the opinion of SA Matter, these firearms recovered were not manufactured in the state of New York and therefore travelled in or affected interstate commerce to arrive in New York.

20.    I request the court authorize the filing of a criminal complaint alleging Timothy CAVES JR. has violated Title 18. United States Code. section 922(g)(1) (felon in possession of firearms) and issue an arrest warrant so he may be brought to court for further proceedings in accordance with law.

_____  6592
THOMAS WIHERA
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted electronically by email in .pdf format.
Oath administered, and contents and signature attested
to me as true and accurate telephonically pursuant to
Fed. R. Crim. P. 4.1 and 41(d)(3) on this 18th day of December, 2023.

_____
THE HONORABLE MARK W. PEDERSEN
United States Magistrate Judge

6